Case 1:22-cr-00242-ADA-BAM Document 3 Filed 09/01/22 Page 1 of 2

SEALED


FILED
Sep 01, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
United States Attorney
LAURA JEAN BERGER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-cr-00242-ADA-BAM |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| RAMON CERRANO, ET AL., | |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on September 1, 2022 charging the above defendants with violations of 21 U.S.C. § 846, 841(a)(1), (b)(1)(A) – Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances and 21 U.S.C. § 841(a)(1), (b)(1)A – Possession with Intent to Distribute Controlled Substances (3 Counts), be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant

///

thereto, except when necessary for the issuance and execution of the warrant. Ramon Cerrano is in custody on these charges. Additionally, Alexis Serrano and Eleazar Valenzuela were advised of the complaint filed in this matter and released on conditions. Therefore, the government requests permission to file a copy of the indictment redacted of the codefendant's name who has not yet been arrested and to provide a copy of the same to Cerrano, Serrano, and Valenzuela.

DATED: September 1, 2022   Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By   /s/ LAURA JEAN BERGER
LAURA JEAN BERGER
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: ~~August 25, 2022~~
**Sep 1, 2022**

STANLEY A. BOONE
U.S. Magistrate Judge