**FILED**

**Sep 02, 2022**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,                    CASE NO. 1:22-CR-00242-ABA-BAM

12                           Plaintiff          UNSEALING ORDER

13           v.

14  RAMON CERRANO ET AL.,

15                           Defendants.

16

17      Good cause appearing due to the defendants' indictments in the Eastern District of California on

18  September 2, 2022, it is hereby ordered that the complaint, indictment, arrest warrants as to Ramon

19  Cerrano, Alexis Serrano, and Eleazar Valenzuela, and related court filings in the above matter, be

20  UNSEALED but that any and all documents bearing the name of the defendant not yet arrested in this

21  matter remain SEALED until further order of the Court.

22

23  DATED: September 2, 2022

24                                              _____
                                                HON. STANLEY A. BOONE
25                                              UNITED STATES MAGISTRATE JUDGE

26

27

28