**FILED**
Sep 14, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff<br>　　v.<br><br>RAMON CERRANO ET AL.,<br><br>　　　　　　Defendants. | CASE NO. 1:22-CR-00242-ADA-BAM<br><br>**UNSEALING ORDER** |

Good cause appearing due to defendant Rafael Rodriguez's pending initial appearance on the Complaint and arraignment on the Indictment in the Eastern District of California, it is hereby ordered that the Complaint, Indictment, arrest warrant, and all court filings in the above matter, be UNSEALED.

DATED: September 14, 2022

_____
BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE