Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
 Fax: (559) 459-0656

Attorney for Alexis Serrano

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>ALEXIS SERRANO,<br><br>Defendant. | CASE No: 1:22-cr-00242-ADA-BAM<br><br>STIPULATION TO REMOVE PRETRIAL RELEASE CONDITION REGARDING LOCATION MONITORING; ORDER<br><br>Judge: Hon. Barbara A. McAuliffe |

   Defendant by and through his counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

   To remove condition of release (7) (n) which requires Mr. Serrano to participate in the Location Monitoring program.  Pretrial service has recommended the removal of the condition.

IT IS SO STIPULATED

January 3, 2023                                       Respectfully submitted


                                                      /s/Barbara Hope O'Neill
                                                      Barbara Hope O'Neill
                                                      Attorney for Alexis Serrano

1

January 3, 2023                              /s/ Stephanie Stockman
                                             Stephanie Stockman
                                             Assistant United States Attorney

## **ORDER**

The Stipulation is DENIED without prejudice. The parties may renew the request after several additional months of successful performance on pretrial supervision.

IT IS SO ORDERED.

Dated:   **January 3, 2023**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE