Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
 Fax: (559) 459-0656

Attorney for Alexis Serrano

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE No: 1:22-cr-00242-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO REMOVE PRETRIAL RELEASE CONDITION REGARDING LOCATION MONITORING |
| ALEXIS SERRANO, | |
| Defendant. | ORDER |
| | Judge: Hon. Barbara A. McAuliffe |

   Defendant by and through his counsel of record and Plaintiff by and through its counsel of record, hereby stipulate as follows:

   To remove condition of release (7) (n) which requires Mr. Serrano to participate in the Location Monitoring program.  Pretrial service has recommended the removal of the condition.

IT IS SO STIPULATED

March 10, 2023                                    Respectfully submitted


                                        /s/Barbara Hope O'Neill
                                        Barbara Hope O'Neill
                                        Attorney for Alexis Serrano

1

1  | March 10, 2023                    /s/ Stephanie Stockman
2  |                                   Stephanie Stockman
   |                                   Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, the above request that conditions of pretrial release as to Alexis Serrano in Case No. 1:22-cr-00242-ADA-BAM is modified to remove condition (7) (n), Location Monitoring.

All other pretrial Conditions of Release will remain in full force and effect.

IT IS SO ORDERED,

Dated:   March  10   , 2023            *Sheila K. Oberto*
                                       United States Magistrate Judge

2