Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax:  (559) 459-0656

Attorney Alexis Serrano

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXIS SERRANO,<br><br>Defendant. | CASE No:  1:22-CR-00242<br><br>AMENDED STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING DATE |

THE PARTIES HEREBY STIPULATE, that the sentencing date for Alexis Serrano be continued from March 10, 2025 to June 16, 2025.

By previous order, the Court set this matter for sentencing on March 10, 2025.  The parties by this stipulation request to vacate the March 10, 2025 date and continue the sentencing until June 16, 2025.

IT IS SO STIPULATED.

Dated: February 6, 2025                              /s/Barbara Hope O'Neill
                                                     Barbara Hope O'Neill
                                                     Attorney for Alexis Serrano

1

Dated: February 6, 2025

    /s/ Stephanie M. Stokman
Stephanie M. Stokman
Assistant United States Attorney

## ORDER

The request for a continuance is denied without prejudice.  The parties fail to provide good cause for the requested continuance.

IT IS SO ORDERED.

Dated:   **February 6, 2025**        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2