Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax:  (559) 459-0656

Attorney Alexis Serrano

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>ALEXIS SERRANO,<br><br>               Defendant. | CASE No:  1:22-CR-00242-NODJ-BAM<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE SENTENCING DATE |

THE PARTIES HEREBY STIPULATE, that the sentencing date for Alexis Serrano be continued from March 10, 2025 to June 16, 2025.

By previous order, the Court set this matter for sentencing on March 10, 2025.  The parties by this stipulation request to vacate the March 10, 2025 date and continue the sentencing until June 16, 2025.

Due to conversations between the probation officer and counsel, the presentence report was not completed as scheduled, and additional time is needed to complete the presentence report.  Additional time is also needed to complete the requirements of 18 U.S.C. 3553(f).  Some time after May 19, 2025 is requested by probation.

IT IS SO STIPULATED.

1

Dated: February 25, 2025                         /s/Barbara Hope O'Neill
                                                 Barbara Hope O'Neill
                                                 Attorney for Alexis Serrano

Dated:  February 25, 2025

                                                  /s/ Stephanie M. Stokman
                                                 Stephanie M. Stokman
                                                 Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from March 10, 2025, to **June 16, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **February 25, 2025**                    /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE

2